IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NICHOLAS KLEIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                             CASE NO. 1D15-5726

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, and FLORIDA
COMMISSION ON OFFENDER
REVIEW,

Respondent.

_____/

Opinion filed July 18, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Nicholas Klein, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.